6260    H & M S MEAT CORP.
             -and-
UFCW Local 174 Affiliated Funds
Amalgamated Meat Cutters Employees         AWARD
of Greater New York
UFCW Local 174 Commercial Health Care Fund
UFCW LOCAL 174 Pension Fund

---

APPEARANCES                                              For the Employer
                                                                    None

                                                                    For the Fund

                                                                    Brandi Lauletti
                                                                    Fund Administrator

In accordance with notice duly given, Arbitration was held on December **28, 2006** at the office of Local 342, Amalgamated Meat Cutters/Retail Food Stores, Union located at 540 W. 48th Street, New York, NY 10036.

At the aforementioned time and place, the parties were afforded full opportunity to be heard, to offer evidence and argument and to examine and cross-examine witnesses. Witnesses were duly sworn prior to submitting testimony.

Pursuant to an agreement between the parties, the undersigned was duly designated Arbitrator to render a decision binding upon all parties, with regard to the following issue:

Unpaid contributions for the Local 174 Commercial Health Care and UFCW Local 174 Pension Fund for the month(s) of October 2006

    Local 174 Commercial Health Care Fund             $ 1348.00
    UFCW local 174 Pension Fund                         $   400.00

Background:

The Union/Fund presented testimony and evidence in support of their contention that the Employer was delinquent in the payment of contributions to the Local 174 Commercial Health Care and UFCW Local 174 Pension Fund.

                                                                   AWARD

Pursuant to a review of all testimony and evidence submitted at the Arbitration Hearing, it is the Award of the Arbitrator that: The Employer is delinquent in payment to the Local 174 Commercial Health Care Fund and UFCWLocal174Pension Fund.

    The Employer **H & M S Meat Corp**. is therefore directed to pay the amounts due to each of the funds in accordance with the following forthwith:

| | |
|---|---|
| Local 174 Commercial Health Care Fund | $ 1348.00 |
| UFCW Local 174 Pension Fund | $   400.00 |
| Interest 18 % per annum | $     13.11 |
| Liquidated Damages 20% | $   352.22 |
| Sub-Total | $ 2,113.33 |
| Attorneys' Fees | $   800 00 |
| Cost of Arbitration | $   800.00 |
| Total | $ 3,713.33 |

Dated: December 28, 2006

                                         *William Clarke*
                                         William Clarke, Arbitrator

STATE OF NEW YORK
COUNTY OF NEW YORK

On this day of December 2006 before me came William Clarke to me known to be the person described herein, and who executed the foregoing instrument and acknowledge that he execute same.

                                                           Notary Public
                                                           Adriana Sela
                                                           Notary Public, State of N.Y.
                                                           No. 01SE6149196
                                                           Qualified in Richmond County
                                                           Commission Expires 07 / 03 / 2010