# CALCAGNO & ASSOCIATES
### ATTORNEYS AT LAW, LLC
### Spencer Savings Bank Building
### 213 South Avenue East
### Cranford, New Jersey 07016

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

OF COUNSEL - NY

ALAN M. MCLAUGHLIN
JAMES M. O'DONNELL
ROSEMARY O'DONNELL

OF COUNSEL - NJ

CRAIG A. BORGEN

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

Please Reply To The Cranford, New Jersey Office

November 26, 2007

**VIA FACSIMILE 212-805-7946**
Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

Re:  Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund v. H. & M. S. Meat Corp. a/k/a H & M S Meat Corp.
Case No. 07-cv-3870 (RJS)(RLE)

Dear Judge Sullivan:

This letter request is being sent with the permission of Gretchen of Your Honor's Chambers.

We represent Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Health Care Fund and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Pension Fund, in connection with the above-referenced matter. On November 26, 2007, Petitioners are required to support their Petition for Confirmation with appropriate materials. He Respondent has failed to file an Answer in this action and Petitioners will be filing an Order to Show Cause for Default by Monday, December 3, 2007. Petitioners will attach all relevant supporting documents to their Order to Show Cause.

Based upon the foregoing, Petitioners respectfully request a one (1) week extension of time to support their Petition until Monday, December 3, 2007.

Thank you for Your Honor's time and attention to this matter.

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN
U.S.D.J.

Respectfully submitted,

ANDREW JOHN CALCAGNO

AJC/nem

| 30 Vesey Street | 3148 E. Tremont Ave. | 404 Manor Road | 185 Montague Street |
| --- | --- | --- | --- |
| 15th Floor | 2nd Floor | 1st Floor | Penthouse |
| NY, NY 10016 | Bronx, NY 10461 | S.I., NY 10314 | Brooklyn, NY 11201 |
| (718) 815-0200 | (718) 815-0200 | (718) 815-0200 | (718) 815-0200 |