

# UFCW Local 174
## Affiliated Trust Funds

540 WEST 48TH STREET • NEW YORK, NEW YORK 10036-1130 • 212 307-7007

January 5, 2007

Mr. Allan Lasky
H & M S Meat Corp.
B-22 Hunts Point Market
Bronx, NY 10474

Employer # 6260

**Re: 12/28/06 Funds Arbitration Hearing
October 2006**

Dear Mr. Lasky:

With regard to the above captioned hearing enclosed you will find a copy of the Award. Please be advised the entire Award is due immediately.

Unless full payment is received within 14 days Fund Counsel will move to enforce this Award in Federal Court.

Should you have any questions please do not hesitate to contact me.

Yours truly,

Maria Vegas
Collections Department


Enclosure
Certified and Regular Mail

Cc: Andrew Calcagno, Attorney
William Clarke, Arbitrator