HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**HSBC**

US DOLLAR DRAFT
(OFFICIAL CHECK)

No. 255668099

REMITTER: H & ms MEAT CORP.

DATE: OCTOBER 30, 2007**

EXACT AMOUNT 111647   $898 dols 67 cts

PAY TO THE ORDER OF: VFCW LOCAL 174 COM HEALTH CARE

$ 898.67**
U.S. DOLLARS

Drawer: HSBC Bank USA, N.A.
TWO SIGNATURES REQUIRED FOR AMOUNT $50,000 AND ABOVE

*Kimberly Smith* — AUTHORIZED SIGNATURE   MP

16353 — AUTHORIZED SIGNATURE   MP

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Payable through HSBC Bank USA, N.A. Los Angeles, CA

⑆700432⑆ ⑈122043194⑈ 6800255668099⑈

Endorsement: X With reservation of rights, without prejudice and under protest MP