**Andrew John Calcagno, Esq.**
CALCAGNO & ASSOCIATES ATTORNEYS AT LAW, LLC
213 South Avenue East
Cranford, NJ 07016

Invoice submitted to:
UFCW LOCAL 174 AFFILIATED TRUST FUNDS
540 WEST 48TH STREET
NEW YORK NY 10036

December 10, 2007

In Reference To: Local 174 v. H & M S Meat Corp
Case No. 07-cv-3870(RJS)(RLE)

Invoice #3030

Professional Services

| Date | | Type | Description | Hrs/Rate |
|---|---|---|---|---|
| 4/5/2007 | AJC | Litigation | AJC/NEM: Research; Draft Petition to Confirm Arb Award; Rule 7.1 Statement; Civil Cover Sheet; Summons; Draft letter to Court; make copies; send to Crt via FedEx | 3.00 350.00/hr |
| 5/21/2007 | AJC | Litigation | AJC/NEM: Convert Petition and Rule 7.1 Statement, scan exhibit, send via email to clerk | 0.70 350.00/hr |
| | AJC | Litigation | AJC/NEM: Copy documents; draft letter to process server; send all via FedEx to process server for service | 1.00 350.00/hr |
| 6/19/2007 | AJC | Litigation | AJC/NEM: Scan Affidavit of service; file via ECF; copy Affidavit and confirmation; draft letter to clerk; send to clerk via certified mail/rrr | 0.70 350.00/hr |
| 6/27/2007 | AJC | Litigation | Received email from attorney for defendant re: payment already made | 0.10 350.00/hr |
| 6/28/2007 | AJC | Litigation | AJC/NEM: Scan Affidavit of service via Secretary of State; file via ECF; copy Affidavit and confirmation; draft letter to clerk; send to clerk via certified mail/rrr | 0.70 350.00/hr |
| 7/9/2007 | AJC | Litigation | AJC/NEM: email to Maria Vegas, Odalis & Don P. re: was payment received; email received from Odalis re: no payment received | 0.10 350.00/hr |

UFCW LOCAL 174 AFFILIATED TRUST FUNDS                                                                                        Page    2

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 7/16/2007 AJC | Litigation<br>AJC/NEM: email to David Rothfeld, Esq. re: no payment received | | 0.20<br>350.00/hr |
| 7/20/2007 AJC | Litigation<br>AJC/NEM: Draft Settlement Agreement | | 0.50<br>350.00/hr |
| 8/29/2007 AJC | Litigation<br>AJC/NEM: emails to client re: what to include in Settlement Agreement | | 0.30<br>350.00/hr |
| AJC | Litigation<br>AJC/NEM: Continue draft Settlement Agreement | | 0.50<br>350.00/hr |
| 9/11/2007 AJC | Litigation<br>AJC/NEM: Revise Settlement Agreement | | 1.00<br>350.00/hr |
| 9/27/2007 AJC | Litigation<br>AJC/NEM: Finalize Settlement Agreement; draft letter to H&MS; send via cert/rrr | | 0.70<br>350.00/hr |
| 11/26/2007 AJC | Litigation<br>AJC/NEM: Draft letter to Judge re: extension; send via fax | | 0.30<br>350.00/hr |
| 11/28/2007 AJC | Litigation<br>AJC/NEM: Draft Order to Show Cause for Default Judgment with supporting documents | | 1.50<br>350.00/hr |
| 11/29/2007 AJC | Litigation<br>AJC/NEM: Finalize documents for filing; send to process server | | 1.00<br>350.00/hr |
| 12/7/2007 AJC | Litigation<br>AJC/NEM: Draft Motion for Summary Judgment | | 1.00<br>350.00/hr |
| 12/10/2007 AJC | Litigation<br>AJC/NEM: Finalize Motion for Summary Judgment; serve via FedEx; courtesy copy to Judge via first class mail | | 1.00<br>350.00/hr |
| **For professional services rendered** | | **14.30** | **$5,005.00** |

UFCW LOCAL 174 AFFILIATED TRUST FUNDS                                                                 Page     3

    Additional Charges :

|  |  |  | Qty/Price |
|---|---|---|---|
| 4/5/2007 AJC | E125 Federal Express<br>AJC/NEM: FedEx Petition to Court | | 1<br>15.50 |
| AJC | E112 Court fees<br>Petition filing fee | | 1<br>350.00 |
| 5/21/2007 AJC | E125 Federal Express<br>Federal Express to Process Server | | 1<br>15.50 |
| 6/19/2007 AJC | E108 Postage<br>Postage - cert/rrr - to clerk | | 1<br>4.64 |
| AJC | E128 Process Server<br>Service of Process Fee | | 1<br>75.00 |
| 6/28/2007 AJC | E108 Postage<br>Postage - cert/rrr - to clerk | | 1<br>4.64 |
| 9/27/2007 AJC | E108 Postage<br>Postage to H&MS - cert/rrr | | 1<br>6.11 |
| 11/29/2007 AJC | E125 Federal Express<br>FedEx | | 1<br>15.50 |
| 12/10/2007 AJC | E125 Federal Express<br>Federal Express to Respondent | | 1<br>15.50 |
| AJC | E108 Postage<br>First Class mail to Judge Sullivan w/Motion | | 1<br>5.00 |

    **Total additional charges**                                                                                 **$507.39**

    **Total amount of this bill**                                                                                   **$5,512.39**

UFCW LOCAL 174 AFFILIATED TRUST FUNDS                                                Page    4

    Balance due                                                                    $5,512.39