147440  230x  35.00  
United States District Court Eastern County of District of New York

Attorney: Calcagno & Assoc. Attys @

Richard Abondolo et ano

Petitioner  
Plaintiff(s),

Index# 3870/07

-against-

AFFIDAVIT OF SERVICE

H & M. S. Meat Corp aka H & M S Meat Corp

Respondent  
Defendant(s).

---

STATE OF NEW YORK: COUNTY OF KINGS   ss:  
David Levine    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/12/07 at 9:07am at B-22 Hunts Point Co Op Market Bronx, NY 10474 deponent served the within Summons In A Civil Action & Complaint, Petition, Civil Cover Sheet, Rule 7.1 Statement on H & M. S. MEAT CORP AKA H & MS MEAT CORP, therein named.

**INDIVIDUAL A.** by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.   "John Doe"

**CORPORATION/BUSINESS B.** xxx   a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be Manager/auth. to accept    thereof.

**SUITABLE AGE PERSON C.** by delivering thereat a true copy(ies) of each to   a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as   of defendant.

**AFFIXING TO DOOR, ETC. D.** by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

**MAILING USE WITH C. & D.** Xe   Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on 06/14/07

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| male Glasses | white | grey | 55 | 5'8 | 175 |

**MILITARY SERVICE** Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

**SUPREME COURT ACTION** Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on 06/14/07

SARA R. BAER  
Notary Public State of New York  
No. 01BA6145029  
Qualified in Kings County  
Commission Expires May 1, 2010

David Levine   LICENSE NO. 0778982

| | |
|---|---|
| COUNTY OF | INDEX NO: 07CV3870 |
| UNITED STATES DISTRICT COURT | FILED ON: |
| | DISTRICT: Southern/New York |

*Richard Abondolo, etc*

vs                                                                                     Plaintiff(s)

*H. & M. S. Meat Corp. a/k/a H & M S Meat Corp.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 20, 2007_____, at __10:38am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons in a Civil Action and Complaint

_____, on

H. & M. S. Meat Corp.

_____,

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by    ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____
Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: _47 years_    Approx. weight: _110 lbs._    Approx. Ht.: _5' 1"_
Sex: _Female_    Color of skin: _White_    Color of hair: _Brown_    Other: _____

Sworn to before me on    June 21, 2007

_[signature]_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_[signature]_
Shayne Collen

Invoice•Work Order # 0705134