**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND, and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 PENSION FUND,

  Petitioners,

  -against-

H. & M. S. MEAT CORP. a/k/a H & M S MEAT CORP.,

  Respondent.

---------------------------------------------------------------X

Case No. 07-cv-3870 (RJS)(RLE)
ECF CASE

**STATEMENT OF AMOUNT DUE**

| | |
|---|---:|
| December 28, 2006 Arbitration Award ($3,713.33) One (1) payment made in the amount of $898.67 | $ 2,814.66 |
| Pre-judgment interest since Arbitration Award ($3,713.33 @18% for 307 days)($2,814.66 @ 18% for 37 days) | $ 613.24 |
| Attorney's Fees Due to Andrew John Calcagno, Esq. No payments were made by Defendant | $ 5,005.00 |
| Costs: | |
| Process Server Fee | $ 75.00 |
| Court Filing Fee | $ 350.00 |
| Federal Express and Postage | $ 82.39 |
| **TOTAL AS OF December 10, 2007** | **$ 8,940.29** |

          s/ Andrew John Calcagno
          ANDREW JOHN CALCAGNO