ANDREW JOHN CALCAGNO (AC 3085)
Attorney-At-Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――X
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 174 COMMERCIAL : Case No. 07-cv-3870 (RJS)(RLE)
HEALTH CARE FUND, and RICHARD ABONDOLO, as : ECF CASE
Chairman of the Board of Trustees of UFCW LOCAL 174 :
PENSION FUND, :
:
Petitioners, : **AFFIDAVIT OF**
: **SERVICE**
-against- :
:
H. & M. S. MEAT CORP. a/k/a H & M S MEAT CORP., :
:
Respondent. :
―――――――――――――――――――――――――X

STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF UNION     )

Nicole E. Maney, of full age, hereby deposes and says:

1. I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Pension Fund.

2. On December 10, 2007, I caused this Affidavit along with Petitioners' Notice of Motion, Memorandum of Law in Support of Petitioners' Motion with Exhibits, Affirmation of Andrew John Calcagno in Support of Petitioners' Motion, and

1

proposed Order to be timely delivered to the Honorable Richard J. Sullivan, United States District Judge via ECF and First Class Mail.

3. Further, on December 10, 2007, I caused a copy of the Affidavit along with Petitioners' Notice of Motion, Memorandum of Law in Support of Petitioners' Motion with Exhibits, Affirmation of Andrew John Calcagno in Support of Petitioners' Motion, and proposed Order to be timely served upon the following Respondent via Federal Express:

H & MS Meat Corp.
Attn: Mr.Alan Lasky
Hunts Point Coop Mkt, B-22
Bronx, NY 10474

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

_____
NICOLE E. MANEY

Dated:     December 10, 2007

Sworn and Subscribed to before me
this ____ day of _____, 2007

_____
Notary Public

LILLIAN M. ALEFFI
Notary Public, State of New Jersey
No. 2282926
Qualified in Union County
Commission Expires January 10, 2010

2