UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**RICHARD ABONDOLO, ETC.**
Petitioner,

-v-

**H. & M.S. MEAT CORP. ETC.**

Respondent.

Case No.
07-cv-3870 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **April 14, 2008 at 10:45am** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC to discuss recent developments in the case, if any, including settlement discussions, and to schedule argument on the pending motions.

SO ORDERED.

DATED:
New York, New York
April 4, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE