UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**RICHARD ABONDOLO, ETC.**
                **Petitioner,**

-v-

**H. & M.S. MEAT CORP. ETC.**

                **Respondent.**

Case No.
07-cv-3870 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The conference scheduled before this Court for **April 14, 2008 at 10:45am** is hereby cancelled.

                              SO ORDERED.

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE

DATED:
New York, New York
April 8, 2008