Sullivan, J

**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney-At-Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 5/13/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 174 COMMERCIAL       : Case No. 07-cv-3870 (RJS)(RLE)
HEALTH CARE FUND, and RICHARD ABONDOLO, as : ECF CASE
Chairman of the Board of Trustees of UFCW LOCAL 174 :
PENSION FUND,                                :
                                             :
        Petitioners,                         :         **FINAL JUDGMENT**
                                             :
        -against-                            :
                                             :
H. & M. S. MEAT CORP. a/k/a H & M S MEAT CORP., :
                                             :
        Respondent.                          :
_____X

THIS MATTER having been opened by Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Commercial Health Care Fund and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 174 Pension Fund (collectively hereinafter referred to as the "Plaintiffs"), with their principal place of business at 540 West 48th Street, New York, New York 10036; for an Order granting Summary Judgment against the Respondent, H. & M. S. Meat Corp. a/k/a H & M S Meat Corp. (the "Respondent"), with its principal place of business is B-22 Hunts Point Co-op Market, Bronx, New York 10474; and the Court having reviewed Plaintiffs' moving papers, the Respondent having filed no opposition to the motion, and for good cause shown,

IT IS on this 13th day of May 2008,

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs have Judgment against the Respondent, H. & M. S. Meat Corp. a/k/a H & M S Meat Corp., for principal, interest, liquidated damages, and attorney's fees as follows:

$3,713.33 plus pre-judgment interest in the amount of $918.66 (from December 28, 2006 through May 12, 2008 = $3,713.33 @18% for 502 days), plus additional attorney's fees, costs and disbursements to enforce the Arbitration Award in the amount of $5,512.39, for a Final Judgment amount of **$10,144.38**, with post-judgment interest at 18% thereon and additional attorneys' fees to collect this Judgment at $350/hr.; and it is further

**ORDERED**, that service of a copy of this order shall be served upon Respondent within __2__ days from the date of this Order.

DATED: New York, New York

ISSUED: May 13, 2008

_____
HONORABLE RICHARD J. SULLIVAN, U.S.D.J.